# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

MICHAEL BUSH

*Plaintiff*

v.

Civil Action No.: **1:21–CV–12039–IT**

ACTON BOXBORO REGIONAL SCHOOL DISTRICT, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Acton Boxboro Regional School District
15 Charter Rd, Acton, Middlesex County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Mountain States Law Group
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2021–12–14 10:47:30, Clerk USDC DMA

Civil Action No.: 1:21-CV-12039-IT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)



**Middlesex Sheriff's Office** • 400 Mystic Ave, 3rd Floor, Medford, MA 02155 • 617-547-1171
Middlesex, ss.

January 3, 2022

I hereby certify and return that on 12/29/2022 at 1:45 PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, EXHIBITS in this action in the following manner: To wit, by delivering in hand to DAWN BENTLY, agent, person in charge at the time of service for ACTON BOXBORO REGIONAL SCHOOL DISTRICT, at 15 CHARTER Road ACTON, MA 01720 . Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($3.00) Travel ($13.44) Conveyance ($4.50) Total: $55.94

Paul J. Culliton

Deputy Sheriff

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date

Server's Signature

Printed name and title

Server's Address

Additional information regarding attempted service, etc: