# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

MICHAEL BUSH
_____
*Plaintiff*

v.

ACTON BOXBORO REGIONAL SCHOOL
DISTRICT, ET AL.
_____
*Defendant*

Civil Action No.: **1:21–CV–12039–IT**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Peter Light c/o Acton Boxboro Regional School District
15 Charter Rd, Acton Middlesex County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Mountain States Law Group
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
_____
*CLERK OF COURT*

/s/ – Flaviana de Oliveira
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2021–12–14 10:47:30, Clerk USDC DMA

Civil Action No.: **1–21–CV–12039–IT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



**Middlesex Sheriff's Office** • 400 Mystic Ave, 3rd Floor, Medford, MA 02155 • 617-547-1171
**Middlesex, ss.**

I hereby certify and return that on 12/29/2022 at 1:45 PM I served a true and attested copy of the SUMMONS, COMPLAINT,    January 3, 2022
CIVIL ACTION COVER SHEET, EXHIBITS in this action in the following manner: To wit, by delivering in hand to DAWN
BENTLY, agent, person in charge at the time of service for PETER LIGHT, at C/O BOXBORO REGIONAL SCHOOL DISTRICT 15
CHARTER Road BOXBORO, MA 01719 . Fees: Attest ($5.00) Basic Service Fee ($30.00) Postage and Handling ($3.00) Travel
($13.44) Total: $51.44

_Paul J. Culliton_

_____
Paul J. Culliton

_____
Deputy Sheriff

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____
Date

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted service, etc: