UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    Plaintiff,<br><br>VS.<br><br>ACTON BOXBORO REGIONAL SCHOOL DISTRICT,<br>and PETER LIGHT, Superintendent of the Acton Boxboro<br>Regional School District<br>    Defendants. | C.A. NO. 1:21-cv-12039-IT |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, Acton-Boxborough Regional School District and Peter Light, Superintendent of the Acton-Boxborough Regional School District, in the above-captioned matter.

Respectfully submitted,

The Defendants,

ACTON-BOXBOROUGH REGIONAL SCHOOL DISTRICT and PETER LIGHT, Superintendent of the Acton-Boxborough Regional School District,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____

John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: January 14, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 14, 2022.

      */s/ John J. Davis*
      _____
      John J. Davis, Esq.