UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    Plaintiff,<br><br>vs.<br><br>ACTON-BOXBOROUGH REGIONAL<br>SCHOOL DISTRICT and PETER LIGHT,<br>Superintendent of the Acton-Boxborough<br>Regional School District,<br>    Defendants. | )<br>)<br>)<br>)    C.A. NO. 1:21-cv-12039-IT<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF DEFENDANTS TO**
**EXTEND TIME TO RESPOND TO COMPLAINT – ASSENTED TO**

The defendants, Acton-Boxborough Regional School District and Peter Light, Superintendent of the Acton-Boxborough Regional School District, hereby move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the time within which they must file an answer or otherwise respond to plaintiff's Complaint by an additional fourteen (14) days, up to and including February 2, 2022. As grounds therefor, the defendants state that undersigned counsel was recently appointed to represent them in this matter. Due to his recent appointment and professional obligations in several other legal matters, defense counsel requires additional time within which to investigate the allegations of plaintiff's Complaint and prepare an appropriate response to same on defendants' behalf. This Motion is ASSENTED-TO by plaintiff's counsel.

WHEREFORE, the defendants, Acton-Boxborough Regional School District and Peter Light, Superintendent of the Acton-Boxborough Regional School District, hereby request that this Honorable Court extend the time within which they must answer or otherwise respond to plaintiff's Complaint by an additional fourteen (14) days, up to and including February 2, 2022.

Respectfully submitted,

The Defendants,

ACTON-BOXBOROUGH REGIONAL SCHOOL DISTRICT and PETER LIGHT, Superintendent of the Acton-Boxborough Regional School District,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____

John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: January 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 14, 2022.

*/s/ John J. Davis*
_____
John J. Davis, Esq.