UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    Plaintiff,<br><br>vs.<br><br>ACTON-BOXBOROUGH REGIONAL SCHOOL DISTRICT and PETER LIGHT, Superintendent of the Acton-Boxborough Regional School District,<br>    Defendants. | C.A. NO. 1:21-cv-12039-IT |

## SECOND MOTION OF DEFENDANTS TO
## EXTEND TIME TO RESPOND TO COMPLAINT – ASSENTED TO

The defendants, Acton-Boxborough Regional School District and Peter Light, Superintendent of the Acton-Boxborough Regional School District, hereby move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to extend the time within which they must file an answer or otherwise respond to plaintiff's Complaint by an additional fourteen (14) days, up to and including February 16, 2022. As grounds therefor, the defendants state that the parties are currently engaged in discussions regarding a potential resolution of plaintiff's claims. The parties wish to further explore such potential resolution without incurring additional costs or attorneys' fees. This Motion is ASSENTED-TO by plaintiff's counsel.

WHEREFORE, the defendants, Acton-Boxborough Regional School District and Peter Light, Superintendent of the Acton-Boxborough Regional School District, hereby request that this Honorable Court extend the time within which they must answer or otherwise respond to plaintiff's Complaint by an additional fourteen (14) days, up to and including February 16, 2022.

Respectfully submitted,

The Defendants,

ACTON-BOXBOROUGH REGIONAL SCHOOL DISTRICT and PETER LIGHT, Superintendent of the Acton-Boxborough Regional School District,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

_____
John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: January 31, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 31, 2022.

*/s/ John J. Davis*

_____
John J. Davis, Esq.