IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

MICHAEL BUSH                                    )
                                                )
         Plaintiff                              )
                                                )
                              v.                )         CIVIL ACTION NO: 1:21-cv-12039-IT
                                                )
ACTON-BOXBOROUGH REGIONAL                       )
SCHOOL DISTRICT and PETER LIGHT,                )
SUPERINTENDENT OF THE ACTON                     )
BOXBOROUGH REGIONAL SCHOOL                      )
DISTRICT                                        )
                                                )
         Defendants                             )
_____

JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE


        The parties to this action, by their counsel, request that the Court continue the scheduling

conference currently set for March 7, 2022 to a date after the Court hears and considers and rules

upon the Defendants' Motion to Dismiss, which is currently being briefed. The parties believe

that a single scheduling conference after that motion is addressed will better serve the interests of

the Court and the parties, as the schedule set on March 7, 2022 would be subject to unknowable

variables. Thus, resources of all parties, and this Court, would be more efficiently allocated by

addressing the pending dispositive motion first.

Respectfully Submitted,


**The Plaintiff**
By his attorney,


/s/Robert N. Meltzer_____
Robert N. Meltzer, BBO #564745
The Mountain States Law Group
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
Phone: (978) 254 6289
inbox@mountainstateslawgroup.com

**The Defendants**,
ACTON-BOXBOROUGH REGIONAL
SCHOOL DISTRICT and PETER LIGHT,
By their Attorneys,


/s/ John J. Davis_____
John J. Davis, BBO #115890
PIERCE DAVIS & PERRITANO LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: February 25, 2022