UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    *Plaintiff*,<br><br>vs.<br><br>ACTON-BOXBOROUGH REGIONAL SCHOOL DISTRICT and PETER LIGHT, Superintendent of the Acton-Boxborough Regional School District,<br>    *Defendants*. | C.A. NO. 1:21-cv-12039-IT |

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendants, Acton-Boxborough Regional School District and Peter Light, and counsel for the defendants hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
Peter Light, Superintendent  
Acton-Boxborough Regional School District

/s/ John J. Davis  
_____  
John J. Davis, BBO #115890  
**PIERCE DAVIS & PERRITANO LLP**  
10 Post Office Square, Suite 1100N  
Boston, MA 021109  
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 15, 2022.

/s/ *John J. Davis*  
_____  
John J. Davis