IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH )<br><br>    Plaintiff )<br><br>v. )<br><br>ACTON-BOXBOROUGH REGIONAL )<br>SCHOOL DISTRICT and PETER LIGHT, )<br>SUPERINTENDENT OF THE ACTON )<br>BOXBOROUGH REGIONAL SCHOOL )<br>DISTRICT )<br><br>    Defendants )  | CIVIL ACTION NO:1:21-cv-12039-IT |

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Now comes Plaintiff's counsel and moves for withdrawal of his appearance.

Plaintiff's counsel has contacted Defendants' counsel as required under Rule 7.1 to meet

and confer on this issue. During this communication, Defendants' counsel informed Plaintiff's

counsel that Defendants' counsel had already been contacted by the Plaintiff directly to meet and

confer about the filing of a Motion to Amend the Complaint, so it is a matter of public record that

Plaintiff accedes to this Motion and has, in fact, commenced pro se representation.

               Respectfully submitted,
               **Plaintiff's Counsel**

               /s/Robert N. Meltzer
               Robert N. Meltzer, BBO #564745
               The Mountain States Law Group
               Wheelhouse at the Bradford Mill
               33 Bradford Street
               Concord, MA 01742
               Phone: (978) 254 6289
               inbox@mountainstateslawgroup.com

Dated: August 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the foregoing by mailing the same by the electronic filing system of the US District Court and by providing the same by email to Michael Bush, the Plaintiff.

/s/Robert N. Meltzer

Dated: August 22, 2022