IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BUSH )
)
    Pro Se Plaintiff )
)
v. )    CIVIL ACTION NO: 1:21-cv-12039
)
ACTON-BOXBOROUGH REGIONAL )
SCHOOL DISTRICT and PETER LIGHT, )
SUPERINTENDENT OF THE ACTON )
BOXBOROUGH REGIONAL SCHOOL )
DISTRICT )
)
    Defendants )

2022 AUG 22 PM 1: 47
U.S. DISTRICT COURT
DISTRICT OF MASS
FILED
IN CLERKS OFFICE

## PLAINTIFF'S MOTION FOR LEAVE TO FILE 1ST
## AMENDED COMPLAINT
### *Pursuant to Federal Rule of Civil Procedure 15(a)(2)*

    The Pro Se Plaintiff hereby moves for leave to file his 1st amended complaint pursuant to

Fed. R. Civ. P.15(a)(2) and docket #s 25 and 26. In support of this motion the Plaintiff encloses a

memorandum of reasons. As the Plaintiff has not yet been granted electronic filing privileges in

this case, the Plaintiff will provide the Court Clerk's office with a copy of Judge Indira

Talwani's Standing Order Regarding Motion Practice for guidance on how Judge Talwani

requires this and accompanying documents to be filed.

Respectfully Submitted,

Dated: August 22, 2022                            , Pro se
                                   Michael Bush
                                   280 Lowell Street
                                   Carlisle MA 01741
                                   Phone: 978-734-3323
                                   Email: bmoc54@verizon.net

## LOCAL RULE OF CIVIL PROCEDURE 7.1(a)(2) CERTIFICATE

I, Michael Bush, hereby certify that I have on this 22nd day of August, 2022 conferred with the Defendant's Counsel John Davis by phone in a good faith attempt to resolve or narrow the issue.

, Pro se

Michael Bush
280 Lowell Street
Carlisle MA 01741
Phone: 978-734-3323
Email: bmoc54@verizon.net


## CERTIFICATE OF SERVICE

I, Michael Bush, hereby certify that I shall, on the 23rd day of August, 2022, mail a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(E) and Local Rule 5.2 to the following:

John J. Davis, BBO #115890

10 Post Office Square, Suite 1100N

Boston, MA 02109

, Pro se

Michael Bush
280 Lowell Street
Carlisle MA 01741
Phone: 978-734-3323
Email: bmoc54@verizon.net