IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH ) <br> ) <br>   Pro Se Plaintiff ) <br> ) <br> v. ) <br> ) <br> ACTON-BOXBOROUGH REGIONAL ) <br> SCHOOL DISTRICT, ) <br> PETER LIGHT, in his official and ) <br> individual capacities ) <br> DAWN GRIFFIN BENTLEY, in her ) <br> official and individual capacities ) <br> ERIN O'BRIEN BETTEZ, in her official ) <br> and individual capacities ) <br> ) <br>   Defendants ) | CIVIL ACTION NO: 1:21-cv-12039 |

# AFFIDAVIT OF PLAINTIFF MICHAEL BUSH IN SUPPORT OF HIS 1ST AMENDED COMPLAINT

I, Michael Bush, hereby state as follows:

1. I am the Plaintiff in this case. I make the following statements based upon my personal knowledge and belief in support of my 1st amended complaint.

2. The medical contraindications / bacterial infections I experienced from wearing facial coverings substantially impacted / limited my activities including but not limited to breathing, walking, bending, lifting, carrying, shopping, performing manual tasks, doing errands, speaking, communicating, obtaining food, and interacting with others.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2022

*Michael Bush*, Pro se
Michael Bush
280 Lowell Street
Carlisle MA 01741
Phone: 978-734-3323
Email: bmoc54@verizon.net