IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH )<br>)<br>    Pro Se Plaintiff )<br>)<br>v. )<br>)<br>ACTON-BOXBOROUGH REGIONAL )<br>SCHOOL DISTRICT, )<br>PETER LIGHT, in his official and )<br>individual capacities )<br>DAWN GRIFFIN BENTLEY, in her )<br>official and individual capacities )<br>ERIN O'BRIEN BETTEZ, in her official )<br>and individual capacities )<br>)<br>    Defendants ) | CIVIL ACTION NO: 1:21-cv-12039 |

# AFFIDAVIT OF PLAINTIFF MICHAEL BUSH IN SUPPORT OF HIS 1ST AMENDED COMPLAINT

I, Michael Bush, hereby state as follows:

1. I am the Plaintiff in this case. I make the following statements based upon my personal knowledge and belief in support of my 1st amended complaint.

2. I believe that there is one creator. I call it God. I believe God created human bodies as each being unique. I believe that though each human body is unique, God designed human bodies with certain fundamental needs. These fundamental needs which must be met regularly and/or continuously include breathing, defecating, urinating, consuming food, hydration, and sleep. As the fulfillment of these needs is essential to the survival and well-being of the human body, I believe that it violates the natural order of life for another person or entity to seek to obstruct or hinder the fulfillment or function of those

needs of a person. Thus, such acts are inherently evil. I believe it is morally imperative that I disallow such evil transgressions.

3. These sincerely held religious beliefs/convictions/practices of mine compel me to reject others' attempts to hinder the natural and healthy fulfillment of my body's need for unobstructed breathing by requiring me to wear a face covering.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2022                     _Michael Bush_, Pro se
                                              Michael Bush
                                              280 Lowell Street
                                              Carlisle MA 01741
                                              Phone: 978-734-3323
                                              Email: bmoc54@verizon.net