IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH        )<br>                     )<br>    Pro Se Plaintiff )<br>                     )<br>v.                   )<br>                     )<br>ACTON-BOXBOROUGH REGIONAL )<br>SCHOOL DISTRICT,     )<br>PETER LIGHT, in his official and )<br>individual capacities )<br>DAWN GRIFFIN BENTLEY, in her )<br>official and individual capacities )<br>ERIN O'BRIEN BETTEZ, in her official )<br>and individual capacities )<br>                     )<br>    Defendants       ) | CIVIL ACTION NO: 1:21-cv-12039 |

## AFFIDAVIT OF PLAINTIFF MICHAEL BUSH IN SUPPORT OF HIS 1ST AMENDED COMPLAINT

I, Michael Bush, hereby state as follows:

1. I am the Plaintiff in this case. I make the following statements based upon my personal knowledge and belief in support of my 1st amended complaint.

2. I wore face shields on a few occasions (not while playing volleyball) in 2020 and/or 2021.

3. Face shields are flimsy and tended to flop around on my face.

4. Face shields' visors / shields are made of translucent plastic that obscured my vision.

5. Wearing a face shield made it impossible for me to read text and clearly see objects at various distances that I was able to clearly read and/or see without wearing the face shield.

6. Face shields fog up from my breath, making it even harder to see clearly through them.

7. Face shields shifted out of place on my head easily, from ordinary, minor movements.

8. Wearing face shields made it difficult or impossible for other people to hear me clearly as I spoke to them from ordinary distances.

9. I regularly played volleyball from 2008 to 2020.

10. Volleyball is a physically active and strenuous sport involving quick and abrupt movement of the whole body and oftentimes heavy breathing.

11. Playing volleyball safely and effectively requires me to verbally communicate with other players abruptly, clearly, and quickly.

12. It is important to the effectiveness of my performance in volleyball and safety that other players be able to immediately understand what I speak to them during gameplay.

13. Much of the value and benefit I derive from volleyball games is the social activity and communication I engage in with the other players, sometimes between games.

14. Playing volleyball safely and effectively requires me to be able to see clearly.

15. It is not realistic for me to safely and fully effectively play volleyball while wearing a face shield.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2022                         _____Michael Bush_____, Pro se
                                                  Michael Bush
                                                  280 Lowell Street
                                                  Carlisle MA 01741
                                                  Phone: 978-734-3323
                                                  Email: bmoc54@verizon.net