

To: Whom It May Concern
Re: Michael Bush and mask mandate
Date: August 18, 2022

I have interviewed and examined my patient Michael Bush and found him to have medical contraindications to wearing a face covering. Facial coverings have repeatedly caused bacterial infections requiring medical intervention. He is not to be required to wear face coverings.

Sincerely,

*J Diggs MD*

**John Diggs MD LLC**
2030 Boston Road, Suite 2
Wilbraham MA 0195

Tel: 413-300-2233
Fax: 413-271-1132
Email: JohnDiggs@JohnDiggsMD.com