# volleyball player

8 4/14

**email: "ebettez@abschools.org Erin Bettez"**      **Tuesday, August 31, 2021 at 7:25:41 AM Eastern Daylight Time**
To: email: "dbentley@abschools.org Dr. Dawn G. Bentley" , email: "plight@abschools.org Peter Light"

I thought about this more last night and I think we do need to reply to this gentleman's notice v. ignoring it and having him arrive angry and ready for a confrontation with David Liu and me on the first night. We just reiterate that masks are required and say if he doesn't want to wear one we'll withdraw him and issue a full refund. Can that come from me via email or does it need to be more official?

Also, is it possible for the Acton police to check into him and make sure he has no violent history?

--
Erin O'Brien Bettez
Director, Acton-Boxborough Community Education
Administration Building, 15 Charter Road, Acton
978-264-4700 x3985
*Join our email list to get updates on new classes, timely reminders of important deadlines, and more!*



**email: "plight@abschools.org Peter Light"**      **Tuesday, August 31, 2021 at 8:31:51 AM Eastern Daylight Time**
To: email: "dbentley@abschools.org Dr. Dawn G. Bentley" , email: "ebettez@abschools.org Erin Bettez"

Erin,

I don't see anything violent in this that would want me to escalate this to the police yet. I will draft a letter to him and copy you from a comm ed perspective.

Peter Light,