**Acton-Boxborough Regional School District**

15 Charter Road   Acton, MA   01720
978-264-4700
www.abschools.org

**Peter J. Light**
*Superintendent of Schools*

Michael Bush
280 Lowell Street
Carlisle, MA 01740

August 31, 2021

Mr. Bush,

We are in receipt of your recent communication regarding the mask requirement for the Acton-Boxborough Regional School District and specifically, the Community Education Volleyball Program. I am writing to inform you that the requirement to wear masks, as set forth in our school committee policy and procedure, will continue to be enforced until further notice. Additionally, the Community Education Program, in concert with our District Administration will determine appropriate safety measures to continue to mitigate the spread of COVID-19. As such, participants who opt to participate in our Community Education Volleyball program will also be required to wear masks indoors.

If you are uncomfortable with this requirement, we are happy to refund any registration fees. If you continue to participate in the program, you will be required to follow any procedures set forth by the District. Failure to comply with these requirements may result in your removal from the program, forfeiture of any registration fees, and your being prohibited from future registration in our programs.

Thank you for your continued support of Acton-Boxborough Community Education and your understanding of our policies.

Sincerely,

Peter Light
Superintendent of Schools

*To develop engaged, well-balanced learners through collaborative, caring relationships.*

WELLNESS   •   EQUITY   •   ENGAGEMENT