**Subject: Acton-Boxborough Volleyball**

From: Peter Light - To: bmoc54@verizon.net - Cc:  - Date: September 20, 2021 at 10:27 AM

Mr. Bush,

I understand through legal counsel that you have documentation regarding your condition and its impact on your ability to wear a mask. Please send us any and all documents that would be helpful for the district to consider and we will get back to you as soon as possible.

Sincerely,

Peter Light,
Superintendent of Schools

Pronouns: He/Him/His

Acton-Boxborough Regional School District
15 Charter Rd.
Acton, MA 01720

Tel: 978-264-4700
Web: http://www.abschools.org
Twitter: http://twitter.com/lightp

**Confidentiality Notice:** This email, including all attachments, may contain private and/or confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of this message. It is the policy and practice of the Acton-Boxborough Regional School District to comply with state and federal laws and regulations pertaining to the maintenance and disclosure of protected student records and information and of personnel records and information.

**Notice of Nondiscrimination:** ABRSD does not discriminate on the basis of race, color, sex, sexual orientation, gender identity, religion, disability, pregnancy and pregnancy-related conditions, age, active military/veteran status, ancestry, or national or ethnic origin in the administration of its educational policies, employment policies, and other administered programs and activities. In addition, students who are homeless or of limited English-speaking ability are protected from discrimination in accessing the course of study and other opportunities available through the schools.  Read our **Nondiscrimination Notice**.