**From:** Justin Gomes [mailto:JGomes@SCMLLP.COM]
**Sent:** Monday, September 20, 2021 5:15 PM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Subject:** RE: Acton-Boxborough

Hi Robert –

I would respectfully disagree with you regarding HIPPA's application to school districts.  I can confirm that the District would not disclose any such information.

Nevertheless, the District would like to offer that Michael wear a face shield as an alternative face covering.  Please let me know if this is acceptable to your client.

Thank you,

Justin


Justin R. Gomes, Esq.
Stoneman, Chandler & Miller LLP
99 High Street, 13th Floor
Boston, Massachusetts 02110
Phone: (617) 542-6789
Cell: (774) 627-0117
Email: Jgomes@scmllp.com