**Yankee Volleyball** is at **Eastern Nazarene College (ENC)**.

November 18 at 6:41 PM · Quincy · ⚙

Congratulations to Heavy Petting for winning the 11/14 MC defeating Boston DP in finals!  (26-24, 25-23)





👍❤ 14                                                    1 Comment

👍 Like          💬 Comment          ➦ Share



**Yankee Volleyball** is at **The Mill Works**.

November 18 at 6:36 PM · Westford · ⚙

Congratulations to X Men for winning the 11/13 MB-
defeating Set Me in Finals!

👍❤️ 36                                    2 Comments

👍 Like          💬 Comment          ↪ Share



**Yankee Volleyball** is with **Billy Pierre Langley** and **5 others**.

November 15 at 9:16 AM · ⚙

Matty Ices won yesterday's CRC+ at Taunton with Everything is Fine coming in second place.  Great playing by all!

👍❤ 38                                3 Comments

👍 Like            💬 Comment            ↗ Share



**Yankee Volleyball** is at **Northern Essex Community College**.

October 27 · Haverhill · ⚙

Bad Knees Bears won the WC- on 10/24 defeating Coyce is right in finals.





👍 10

   🖓 Like        □ Comment        ⌁ Share

 **Yankee Volleyball** is at **Northern Essex Community College**.

October 20 · Haverhill · ⚙

Space Balls defeated Get Schwifty in finals to win the RCO C+ at NECC

···

 **Yankee Volleyball** is with **Xavier Aponte** and **5 others** at **The U - Hanover,Massachusetts**. ···

October 20 · Hanover · ⚙

Brazilians Spike It Hot! won the 10/10 MB- at The U Hanover defeating Cuddle Puddle in Finals



👍😮 12

1 Share



👍 Like       💬 Comment       ↪ Share

 **Yankee Volleyball** is at **Slam Volleyball**.

October 20 · Marlborough · ⚙

Spaghetti won the RCO C+ on 10/9 defeating Mari's Tribe in finals!



👍❤ 24                    1 Comment

👍 Like          💬 Comment          ↪ Share

 **Yankee Volleyball** is at **Slam Volleyball**.
January 6 at 7:36 PM · Marlborough · ⚙

Congratulations to Dirty Half Dozen for winning the 1/2/22 WC+ defeating Quack Attack in finals!







**Yankee Volleyball** is at **Slam Volleyball**.
January 6 at 7:32 PM · Marlborough · ⚙

Congratulations to New Year Same Team for winning the 1/1/22 RCO B-defeating Probably Hungover in finals! That is a great start to 2022!!