# Re: volleyball player

**plight@abschools.org Peter Light**  Tuesday, January 25, 2022 at 7:42:00 AM Eastern Standard Time
To: ebettez@abschools.org Erin Bettez
Cc: dbentley@abschools.org Dr. Dawn G. Bentley, ashen@abschools.org Andrew Shen

Erin,

By our procedure, I am the person with the final decision m making around accommodations, so you can copy me. It may be helpful to let Joanie's team know who the boys are who refused the masks so they are aware as well in case this is a pattern.

Peter

Peter Light,
Superintendent of Schools

Pronouns: He/Him/His

Acton-Boxborough Regional School District
15 Charter Rd.
Acton, MA 01720

Tel: 978-264-4700
Web: http://www.abschools.org
Twitter: http://twitter.com/lightp
On Jan 25, 2022, 7:38 AM -0500, Erin Bettez <ebettez@abschools.org>, wrote:

> Happy to do that but who decides about his medical condition and the appropriateness of a face mask. I would like to copy that person on my communication as the program starts tonight.
>
> On the mask-wearing front, this past weekend at boys hs basketball Luanne had to dismiss some players from the building when they refused to wear a mask or wear it properly. They seem to be getting worse about it, not better.
>
>
> On Mon, Jan 24, 2022 at 6:46 PM Peter Light <plight@abschools.org> wrote:
>> Erin,
>>
>> I think you can let him know that we still have a mask requirement in place and that if he has a medical condition that would interfere with his ability to wear a mask then we are happy to discuss appropriate accommodations such as a face shield.
>>
>> Peter Light,
>> Superintendent of Schools
>>
>> Pronouns: He/Him/His
>>
>> Acton-Boxborough Regional School District
>> 15 Charter Rd.
>> Acton, MA 01720
>>
>> Tel: 978-264-4700
>> Web: http://www.abschools.org
>> Twitter: http://twitter.com/lightp
>> On Jan 24, 2022, 2:10 PM -0500, Erin Bettez <ebettez@abschools.org>, wrote:
>>> Hi All,
>>> Hoping for an update/direction regarding the player who refuses to wear a mask as our volleyball sessions begin tomorrow.
>>> Thanks,
>>> Erin