**Subject: Volleyball Sessions Begin this Evening**
From: Erin Bettez - To: bmoc54@verizon.net - Cc: Peter Light - Date: January 25, 2022 at 8:08 AM

Good Morning, Michael,

As I prep rosters for this round of volleyball sessions I note that you have once again enthusiastically registered for all four of our adult offerings.

We look forward to your participation, however I want to be clear that the mask mandate for all Comm Ed. activities has not changed and masks are required at all times when inside our school buildings.

Perhaps this is no longer an issue for you, as it was when we resumed our programs in the fall.  However, if you are hoping to play without a mask, that would require an exemption from the school district.  Requests to be exempt from the mask requirement should be sent to our superintendent, Peter Light, who I have copied on this email.

Sincerely,
Erin Bettez


--
Erin O'Brien Bettez
she/her/hers
Director, Acton-Boxborough Community Education
Administration Building, 15 Charter Road, Acton
978-264-4700 x3985
*Join our email list to get updates on new classes, timely reminders of important deadlines, and more!*



**Confidentiality Notice:** *This email, including all attachments, may contain private and/or confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of this message. It is the policy and practice of the Acton-Boxborough Regional School District to comply with state and federal laws and regulations pertaining to the maintenance and disclosure of protected student records and information and of personnel records and information.*

**Notice of Nondiscrimination:** *ABRSD does not discriminate on the basis of race, color, sex, sexual orientation, gender identity, religion, disability, pregnancy and pregnancy-related conditions, age, active military/veteran status, ancestry, or national or ethnic origin in the administration of its educational policies, employment policies, and other administered programs and activities. In addition, students who are homeless or of limited English-speaking ability are protected from discrimination in accessing the course of study and other opportunities available through the schools.  Read our Nondiscrimination Notice.*