# Re: Mask Mandate Lifted at ABRSD

**Mike Bush**  Erin Bettez
Mar 4, 2022 at 3:50 PM

Hi Erin,

Thanks for letting me know. Yes, I will return to both Tuesday and Thursday night volleyball classes starting next week.

Kind Regards,
Mike Bush

On March 4, 2022 at 8:59:49 AM, Erin Bettez (ebettez@abschools.org) wrote:

Hi Michael,

I apologize for not reaching out to you earlier, I meant to but have had too many things on my plate.

I want to let you know that as of February 28, 2022, the Acton-Boxborough Regional School District has lifted the mask mandate, and masks are optional inside district facilities. Click here for full details.

Please confirm if you will be returning to volleyball and we will pro-rate your registration fee accordingly.

Erin

--
Erin O'Brien Bettez
she/her/hers
Director, Acton-Boxborough Community Education
Administration Building, 15 Charter Road, Acton
978-264-4700 x3985
*Join our email list to get updates on new classes, timely reminders of important deadlines, and more!*



**Confidentiality Notice:** *This email, including all attachments, may contain private and/or confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender and destroy all copies of this message. It is the policy and practice of the Acton-Boxborough Regional School District to comply with state and federal laws and regulations pertaining to the maintenance and disclosure of protected student records and information and of personnel records and information.*

**Notice of Nondiscrimination:** *ABRSD does not discriminate on the basis of race, color, sex, sexual orientation, gender identity, religion, disability, pregnancy and pregnancy-related conditions, age, active military/veteran status, ancestry, or national or ethnic origin in the administration of its educational policies, employment policies, and other administered programs and activities. In addition, students who are homeless or of limited English-speaking ability are protected from discrimination in accessing the course of study and other opportunities available through the schools.  Read our* **Nondiscrimination Notice**.