# Sex and Age

Table 1 has counts of deaths involving COVID-19 and other select causes of death by time-period in which the death occurred, sex and age group. For data on deaths involving COVID-19 by month, year, jurisdiction, sex, and age, Click here to download . This data file contains two sets of age groups: (1) age-groups consistent with those used across CDC COVID-19 surveillance pages, and (2) age groups that are routinely included in NCHS mortality reports. When analyzing the file, the user should make sure to select only the desired age groups. Summing across all age categories provided will result in double counting deaths from certain age groups. For data on deaths involving COVID-19 by week, sex, and age (by NCHS age groups), Click here to download . Data on deaths involving COVID-19 among ages 0–18 are available here: Click here to download .



**Table 1. Deaths involving coronavirus disease 2019 (COVID-19), pneumonia, and influenza reported to NCHS by time-period, jurisdiction of occurrence, sex and age-group.**

Data as of: 9/8/2021

State: Massachusetts  Sex: All  Age Group: All

| Year in which death occurred | Sex | Age Group | All Deaths involving COVID-19 [1] | Deaths from All Causes | Deaths involving Pneumonia [2] | Deaths involving COVID-19 and Pneumonia [2] | All Deaths involving Influenza [3] | Deaths involving Pneumonia, Influenza, or COVID-19 [4] |
|---|---|---|---|---|---|---|---|---|
| 2020/2021 | All Sexes | 0-17 years |  | 689 | 11 |  |  | 17 |
| 2020/2021 | All Sexes | 18-29 years | 30 | 1,409 | 24 |  |  | 47 |
| 2020/2021 | All Sexes | 30-39 years | 72 | 2,641 | 76 | 28 |  | 126 |
| 2020/2021 | All Sexes | 40-49 years | 193 | 3,516 | 152 | 73 |  | 279 |
| 2020/2021 | All Sexes | 50-64 years | 1,368 | 15,446 | 1,290 | 650 | 46 | 2,048 |
| 2020/2021 | All Sexes | 65-74 years | 2,341 | 19,732 | 2,163 | 1,087 | 38 | 3,454 |
| 2020/2021 | All Sexes | 75-84 years | 3,742 | 26,393 | 3,168 | 1,630 | 57 | 5,336 |
| 2020/2021 | All Sexes | 85 years and over | 6,096 | 40,031 | 4,315 | 2,102 | 64 | 8,369 |
| 2020/2021 | All Sexes | All Ages | 13,848 | 109,857 | 11,199 | 5,579 | 220 | 19,676 |
| 2020/2021 | Female | 0-17 years |  | 301 |  | 0 | 0 |  |
| 2020/2021 | Female | 18-29 years |  | 380 |  |  |  | 15 |
| 2020/2021 | Female | 30-39 years | 18 | 843 | 24 |  |  | 36 |
| 2020/2021 | Female | 40-49 years | 54 | 1,189 | 51 | 19 |  | 88 |
| 2020/2021 | Female | 50-64 years | 499 | 5,785 | 469 | 232 | 15 | 747 |
| 2020/2021 | Female | 65-74 years | 907 | 8,256 | 818 | 409 | 14 | 1,329 |

Yearly | Monthly | Total