# History and Social Science

| Grade | Topic | Code | Standard Text |
|---|---|---|---|
| Grade 5: United States History to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.01 | Read the Preamble to and sections of the Constitution and explain how these writings reflect the following political principles: individual rights and responsibilities, equality, the rule of law, general welfare, limited government, representative democracy. |
| Grade 5: United States History to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.02 | Explain how the framers of the Constitution divided and shared powers among the three branches of the United States government; describe the function of each branch and the system of checks and balances. |
| Grade 5: United States History to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.03 | Describe the responsibilities of government at the federal, state, and local levels (e.g., protection of individual rights and the provision of services such as law enforcement and the building and funding of schools. |

| | | | |
|---|---|---|---|
| Grade 5: United States History to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.04 | Analyze the significance of the major issues debated by members of the Constitutional Convention (e.g., the distribution of political power, the rights of individuals, rights of states, tensions between states with large and smaller populations, the make-up of the Senate and electoral college, slavery and the question of how slaves were to be counted in the Census); explain why the framers agreed to the 3/5 Compromise in order to keep the states united and how the decision reinforced the institution of slavery and the power of states in which slavery was particularly prevalent. |
| to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.05 | Explain that voting rights and property rights did not extend to women in the new Constitution. |

| | | | |
|---|---|---|---|
| Grade 5: United States History to the Civil War and the Modern Civil Rights Movement | Topic 3: Principles of United States Government | HSS.5.T3.06 | Read the Bill of Rights and explain the freedoms it guarantees; research the historical background of one of the first ten Amendments and make an argument using evidence for its inclusion in the Bill of Rights in 1791. Clarification Statement: These standards are designed to be introductory. Students will study United States government in a Grade 8 Civics course and will revisit principles of government as part of high school courses U. S. History I and II. Key Primary Sources for Topic 3 in Appendix D The Constitution of the United States (1787) The United States Bill of Rights (1791) |