# History and Social Science

| Grade | Topic | Code | Standard Text |
|---|---|---|---|
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.01 | Explain why the "necessary and proper" clause and why it is often referred to as the "elastic clause." |
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.02 | Explain the historical context and significance of changes in the Constitution, including key amendments. Examples of amendments include the:<br><br>a. 14th Amendment (1868): citizenship rights, equal protection of laws<br>b. 19th Amendment (1920): women's right to vote in federal and state elections<br>c. 26th Amendment (1971): lowering the voting age from 21 to 18 in federal elections |
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.03 | Analyze the Constitutional issues that caused the Civil War and led to the eventual expansion of the power of the Federal government and individual civil rights. |
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.04 | Explain the historical context and significance of laws enacted by Congress that have expanded the civil rights and equal protection for race, gender, disability (e.g., the 1964 Civil Rights Act, 1965 Voting Rights Act, 1990 Americans with Disabilities Act, 1990 Individuals with Disabilities Education Act), and explain how the evolving understanding of human rights has affected the movement for civil rights for all. |
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.05 | Explain the principle of judicial review established in Marbury v. Madison (1803) and explain how cases come before the Supreme Court, how cases are argued, and how the Court issues decisions and dissents. |

or in writing on one area (a, b, or c, below) in which Supreme Court decisions have made significant changes over time in citizens' lives.

a. Interpretations of freedoms of religion, assembly, press, petition, and speech under the First Amendment; for example,

Tinker v. Des Moines Independent Community School District (1969) The Court held, 7-2, that students' right to protest is protected in schools.

Bethel School District v. Fraser (1986) The Court held, 7-2, that students' right to use vulgar language is not protected in schools. Hazelwood School District v. Kuhlmeier (1988) The Court ruled, 5-3, that students' right to school-sponsored student speech in a school newspaper may be restricted with educational justification.

| | | | |
|---|---|---|---|
| Grade 8: United States and Massachusetts Government and Civic Life | Topic 5: The Constitution, Amendments, and Supreme Court decisions | HSS.8.T5.06 | Citizens United vs. Federal Election |