UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    Plaintiff,<br><br>VS.<br><br>ACTON-BOXBORO REGIONAL SCHOOL DISTRICT,<br>PETER LIGHT, in his official and individual capacities,<br>DAWN GRIFFIN BENTLEY, in her official and<br>individual capacities, and ERIN O'BRIEN BETTEZ,<br>in her official and individual capacities,<br>    Defendants. | C.A. NO. 1:21-cv-12039-IT |

## NOTICE OF APPEARANCE

In addition to my appearance already entered on behalf of Acton-Boxborough Regional School District and Peter Light, please enter my appearance as counsel for the defendants, Dawn Griffin Bentley and Erin O'Brien Bettez, in the above-captioned matter.

Respectfully submitted,

The Defendants,

ACTON BOXBORO REGIONAL SCHOOL DISTRICT,
PETER LIGHT, DAWN GRIFFIN BENTLEY, and
ERIN O'BRIEN BETTEZ,
By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jdavis@piercedavis.com

Dated: September 30, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 30, 2022.

                                */s/ John J. Davis*
                                _____
                                John J. Davis, Esq.