## Joint Notice of Appeal to a Court of Appeals From

## an Appealable Order of a District Court

United States District Court for the District of Massachusetts

Docket Number 1:21-cv-11794

| | |
|---|---|
| MICHAEL BUSH; LINDA TAYLOR;<br>LISA TIERNAN; SUSAN PROVENZANO;<br>ROBERT EGRI; KATALIN EGRI;<br>MONICA GRANFIELD,<br>ANN LINSEY HURLEY;<br>*Pro Se Plaintiffs* | )<br>)<br>)<br>)<br>)<br>) |
| V. | ) Joint Notice of Appeal |
| LINDA FANTASIA; MARTHA FEENEY-PATTEN;<br>ANTHONY MARIANO; CATHERINE GALLIGAN;<br>JEAN JASAITIS BARRY; PATRICK COLLINS;<br>DAVID ERICKSON; TIMOTHY GODDARD;<br>TOWN OF CARLISLE; JOHN DOE; JANE DOE<br>*Defendants* | )<br>)<br>)<br>)<br>) |

Michael Bush, Linda Taylor, Lisa Tiernan, Robert Egri, Katalin Egri, Monica Granfield, Ann Linsey Hurley, and Susan Provenzano jointly appeal to the United States Court of Appeals for the 1st Circuit from the United States District Court for the District of Massachusetts' order dismissing case entered on September 12th, 2022.

September 29, 2022

Respectfully submitted,

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
Bmoc54@verizon.net
Phone: (978) 734-3323

*Robert Egri*    pro se      September 27, 2022

ROBERT EGRI  
80 WILDWOOD DRIVE  
CARLISLE, MA 01741  
RGE11@YAHOO.COM  
978 656 6756

*Katalin Egri*    pro se      September 27, 2022  
KATALIN EGRI  
80 Wildwood Drive  
Carlisle, MA 01741  
978 656 6756

*Linda K Taylor*    pro se      Sept 27, 2022  
LINDA TAYLOR  
879 Concord Street  
Carlisle, MA 01741

*Lisa Tiernan*    pro se      Sept. 27, 2022  
Lisa Tiernan  
116 Lowell Rd.  
Westford, MA 01886

*[signature]* Pro se     9/28/2022

Susan Provinzano
80 Mill Pond Ln
Carlisle, MA 01741


Monica Granfield     9.29.2022
Pro Se

MONICA GRANFIELD
110 CARLISLE PINES DR
CARLISLE, MA 01741


*[signature]* pro se     9-29-22

Ann Linsey Hurley
10 Half Moon Hill
Acton, MA 01720