United States District Court
District of Massachusetts

| | |
|---|---|
| **Michael Bush**, pro se<br><br>*Plaintiff*<br><br>v.<br><br>**Acton Boxborough Regional School District,**<br><br>**Peter Light,**<br><br>**Erin O'Brien Bettez,**<br><br>**Dawn Griffin Bentley**<br><br>*Defendants* | Civil Action No.: 1:21-cv-12039 |

# Plaintiff's motion to compel initial disclosures, Rule 26(f) conference, & discovery

Plaintiff hereby moves to compel the Defendant to provide initial disclosures, engage in the requisite Fed. R. Civ. P. 26(f) conference, and respond to discovery requests. In support of this motion the Plaintiff encloses a memorandum of reasons.

Page 1 of 2

|  |  |
|---|---|
| December 28, 2022 | Respectfully submitted,<br><br>_____, Pro Se<br>Michael Bush<br>280 Lowell Street<br>Carlisle MA 01741<br>*Bmoc54@verizon.net*<br>Phone: (978) 734-3323 |

### LOCAL RULE 7.1 CERTIFICATE

I hereby certify that pursuant to Local Rule 7.1(a)(2) on December 28, 2022 I conferred by phone with the Defendants' counsel to resolve or narrow issues before filing this motion.

_____, Pro Se
Michael Bush

### CERTIFICATE OF SERVICE

I, Michael Bush, hereby certify that I have, on this 28th day of December, 2022, electronically served a copy of the foregoing and any accompanying document(s) pursuant to Fed. Rule Civ. Proc. 5(b)(2)(E) and Local Rule 5.2 upon the following:

John J. Davis, BBO #115890
10 Post Office Square, Suite 1100N
Boston, MA 02109
jdavis@piercedavis.com

_____, Pro Se
Michael Bush