# B

**Barbara Fergusson**

| | |
|---|---|
| **From:** | John Davis |
| **Sent:** | Thursday, December 15, 2022 8:25 AM |
| **To:** | Mike Bush |
| **Cc:** | Barbara Fergusson |
| **Subject:** | RE: Initial disclosures |

Good morning Michael,

I hope you are well. In my view, it is premature to initiate discovery in this matter pending the outcome of defendants' Motion to Dismiss Plaintiff's First Amended Complaint Under Rule 12(b)(6). Therefore, I do not intend to participate in a Rule 26(f) planning conference at this time. Please let me know if you intend to serve discovery on any defendants or notice any depositions before the Court rules on defendants' pending Motion to Dismiss. If so, defendants will move to seek a stay of discovery.

Thank you,

John



John J. Davis
PIERCE DAVIS & PERRITANO LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950
jdavis@piercedavis.com
www.piercedavis.com

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

---

**From:** Mike Bush <bmoc54@verizon.net>
**Sent:** Wednesday, December 14, 2022 11:02 AM
**To:** John Davis <JDavis@piercedavis.com>
**Cc:** Barbara Fergusson <BFergusson@piercedavis.com>
**Subject:** Initial disclosures

Hi John,

I hope this message finds you well.

Regarding the Bush v. Acton Boxborough School District et al case:

I have attached my initial disclosures. Please provide your clients'.

I see that we have not met Federal Rule of Civil Procedure 26(f)(1)'s requirement to confer "as soon as practicable" regarding possibilities for resolving the case, planning discovery, and other matters. Are there time(s) this or next week that would work well for such a conference by phone? I'll endeavor to accommodate your availability.

I understand that LRCP 16.1(d) and FRCP 26(f)(3) require us to develop and file a joint scheduling statement. As the Court has not yet issued a scheduling order or scheduled a conference for that, I'd suggest we hold off on the joint scheduling statement for now.

Kind Regards,
Mike Bush