UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH,<br>    Plaintiff,<br><br>VS.<br><br>ACTON-BOXBORO REGIONAL SCHOOL DISTRICT,<br>PETER LIGHT, in his official and individual capacities,<br>DAWN GRIFFIN BENTLEY, in her official and<br>individual capacities, and ERIN O'BRIEN BETTEZ,<br>in her official and individual capacities,<br>    Defendants. | )<br>)<br>)<br>) C.A. NO. 1:21-cv-12039-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the defendants, Acton-Boxborough Regional School District, Peter Light, Dawn Griffin Bentley, and Erin O'Brien Bettez, in the above-captioned matter.

    Respectfully submitted,

    The Defendants,

    ACTON-BOXBOROUGH REGIONAL SCHOOL
    DISTRICT, PETER LIGHT,
    DAWN GRIFFIN BENTLEY, and
    ERIN O'BRIEN BETTEZ,

    By their Attorneys,

    **PIERCE DAVIS & PERRITANO LLP**

    */s/ John J. Cloherty*
    _____
    John J. Davis, BBO #115890
    John J. Cloherty III, BBO #566522
    10 Post Office Square, Suite 1100N
    Boston, MA 02109
    (617) 350-0950
    jdavis@piercedavis.com
    jcloherty@piercedavis.com

Dated: January 11, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 11, 2023.

                                      */s/ John J. Cloherty III*
                                      _____
                                      John J. Cloherty III, Esq.