United States District Court
District Of Massachusetts

| | |
|---|---|
| **Michael Bush**, pro se<br><br>*Plaintiff*<br><br>v.<br><br>**Acton Boxborough Regional School District,**<br><br>**Peter Light,**<br><br>**Erin O'Brien Bettez,**<br><br>**Dawn Griffin Bentley**<br><br>*Defendants* | Civil Action No.: 1:21-cv-12039 |

## Plaintiff's request for leave to file notice

The undersigned pro se Plaintiff understands from Local Rule of Civil Procedure 7.1(b)(3) that before filing a document with this Court that is not a motion, he must first obtain leave to file it. Therefore, the Plaintiff requests leave to file a notice informing this Court of:

Page 1 of 2

1. The specific respects in which the Defendants and the Plaintiff's former attorney have misled this Court and the undersigned pro se Plaintiff regarding his Americans with Disabilities Act claim before this Court, and

2. The specific federal and local rules of civil procedure with which this case's handling has been non-compliant.

Respectfully submitted,

Date: May 22nd, 2023        _Michael Bush_, Pro Se

Michael Bush

280 Lowell Street

Carlisle MA 01741

*Bmoc54@verizon.net*

Phone: (978) 734-3323