UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BUSH, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No. 1:21-cv-12039-IT |
| * | |
| ACTON-BOXBOROUGH REGIONAL * | |
| SCHOOL DISTRICT, PETER LIGHT, * | |
| DAWN GRIFFIN BENTLEY, and ERIN * | |
| O'BRIEN BETTEZ, | |
| | |
| Defendants. | |

ORDER OF DISMISSAL

May 24, 2023

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [#65] granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [#43], the Amended Complaint [#37] is hereby DISMISSED. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge