# Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the District of Massachusetts

Docket Number 1:21-cv-12039

| | |
|---|---|
| **Michael Bush**, pro se<br><br>*Plaintiff*<br><br>v.<br><br>**Acton Boxborough Regional School District,<br>Peter Light,<br>Erin O'Brien Bettez,<br>Dawn Griffin Bentley**<br><br>*Defendants* | Notice of Appeal |

Michael Bush appeals to the United States Court of Appeals for the 1st Circuit from the United States District Court for the District of Massachusetts' order dismissing case entered on May 24, 2023.

June 9, 2023

Respectfully submitted,

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323

## CERTIFICATE OF SERVICE

I, Michael Bush, certify that I have, on this 9th day of June, 2023, served a copy of the foregoing and any accompanying documents by mail upon the following:

> John J. Davis, BBO #115890
> 10 Post Office Square, Suite 1100N
> Boston MA 02109

*Michael Bush*, Pro Se
Michael Bush
280 Lowell Street
Carlisle MA 01741
*Bmoc54@verizon.net*
Phone: (978) 734-3323